## Warren Appeal.

Argued September 11, 1967. *Daniel H. Shertzer,* with him *Shertzer and Danforth,* for appellant; *Henry J. Rutherford,* Assistant District Attorney, with him *Wilson Bucher,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Werblun et ux., Appellants, *v.* Joseph Lupowitz Son, Inc.

Argued September 12, 1967. *Charles L. Ford,* with him *I. Leonard Hoffman,* for appellants; *Lawrence A. Brown,* with him *McTighe, Koch, Brown & Weiss,* for appellee.

Judgment affirmed.

WRIGHT, WATKINS and HOFFMAN, JJ., dissented.